## STATE OF FLORIDA v COLLINS

Case No. 88-102 AC (Lower Court Case Nos. 41058 IE and 7745IC)

Eleventh Judicial Circuit, Dade County

July 2, 1990

### APPEARANCES OF COUNSEL

**Charles M. Fahlbusch, Esquire,** Assistant Attorney General, for appellant.

**Charles Collins,** pro se.

Before NADLER, ESQUIROZ, GREENBAUM, JJ.

### OPINION OF THE COURT

NADLER, J.

This is a driving Under the Influence case. Discovery was provided. At time of trial, the defense revealed its inability to depose a witness. The continuance granted was charged to the state and the case was thereafter dismissed. The state is not responsible for the failure of witnesses to appear; the continuance charged to the State was improper by virtue of the non-appearance of a witness. See *State v Bonamy,* 409

So.2d 518 (Fla. 5th DCA 1982); *State v Roig,* 305 So.2d 836 (Fla. 3d DCA 1974).

This cause is reversed with instruction to reinstate this case and set for trial.

ESQUIROZ and GREENBAUM, JJ., concur.